UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIRLYN OPFAR,

          Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

          Defendant.

Case No. C15-1537-RSM

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 2 day of May 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE